1  MARY TESTERMAN DUVOISIN, ATTORNEY #163514
   TRIAL ATTORNEY
2  OFFICE OF THE UNITED STATES TRUSTEE
   402 WEST BROADWAY, SUITE 600
   SAN DIEGO, CA 92101
3  (619) 557-5013

4  Attorney for
   TIFFANY L. CARROLL
5  ACTING UNITED STATES TRUSTEE

6              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF CALIFORNIA

7  In re:                        ) Case No.: 13-06250-LT11
                                  )
8  LUKE AND LENA ZOUVAS,          ) ACTING UNITED STATES
                                  ) TRUSTEE'S MOTION TO CONVERT
9          Debtors.               ) CASE TO CHAPTER 7
                                  ) PROCEEDING OR TO DISMISS
10                                ) CASE PURSUANT TO 11 U.S.C. §
                                  ) 1112(b)
11                                )
                                  ) Date:   **9/3/15**
12                                ) Time:   **10:00 AM**
                                  ) Dept.:  Three (3)
                                  ) Judge:  Hon. Laura S. Taylor
13 ―――――――――――――――――――

14     The Acting United States Trustee ("United States Trustee"), through

15 counsel, respectfully moves this court for an Order pursuant to 11 U.S.C. §1112(b),

16 converting the above-captioned case to a Chapter 7 proceeding or, alternatively,

17 dismissing the case. In support thereof, the United States Trustee provides as

18 follows:

19

20                                  - 1 -

# INTRODUCTION

Pursuant to 11 U.S.C. §1112(b), "cause" exists to convert the instant case to one under Chapter 7. The Debtor is delinquent in the filing of post-confirmation quarterly operating reports for the quarters ending March 31, 2015 and June 30, 2015. The Debtors have also failed to pay estimated (as operating reports were not filed) United States Trustee quarterly fees for the first and second quarters of 2015, and are now accruing fees for the third quarter of 2015. The failure by the Debtors to timely file quarterly operating reports and pay United States Trustee fees provides "cause" to convert this case to a Chapter 7 proceeding or to dismiss this case.[1]

# FACTUAL BACKGROUND

The Debtors filed a voluntary Chapter 11 bankruptcy petition on June 16, 2013. On February 13, 2014, the Court entered an Order confirming the Debtors' Amended Plan of Reorganization dated 11/22/13. The case docket currently reflects that the Debtors have not filed post-confirmation quarterly operating reports for the quarters ending March 31, 2015 and June 30, 2015. Further, the Debtors have not paid United States Trustee quarterly fees for the first and second

---

[1] The United States Trustee requests that the court take judicial notice of the bankruptcy court's records in this case pursuant to Federal Rule of Evidence §201.

1  quarters of 2015 and are now accruing fees for the third quarter of 2015 and owe,

2  at a minimum, estimated fees of $975.00.[2]

3  **LEGAL AUTHORITY**

4  Pursuant to 11 U.S.C. §1112(b)(1), after notice and a hearing, the court shall

5  convert a case under Chapter 11 to a case under Chapter 7 or dismiss a case under

6  this chapter, whichever is in the best interests of the creditors and the estate, for

7  "cause."  Pursuant to 11 U.S.C. §1112(b)(4), "cause" exists to dismiss or convert

8  this case to a Chapter 7 proceeding.  The Debtors have not timely satisfied any

9  filing or reporting requirement by filing quarterly operation reports pursuant to 11

10 U.S.C. §1112(b)(4)(F), nor have they paid fees and charges required under Chapter

11 123 of Title 28, pursuant to 11 U.S.C. §1112(b)(4)(K).  Therefore, "cause" exists

12 to convert this case to a Chapter 7 proceeding or to dismiss this case, whichever

13 the Court finds to be in the best interests of the creditors and the estate.

14                                                 Respectfully submitted,

15                                                 TIFFANY L. CARROLL
                                                   ACTING UNITED STATES TRUSTEE

17 Dated: August 4, 2015        By:  /s/ Mary Testerman DuVoisin
                                     Mary Testerman DuVoisin
                                     Trial Attorney for the
18                                   Acting United States Trustee

---

[2] See Declaration of Kenneth M. Dennis in Support of United States Trustee's Motion to Convert Case to Chapter 7 ("Dennis Declaration") filed simultaneously herewith and incorporated herein by reference.